# United States District Court
## District of Minnesota

| | |
|---|---|
| **MINNESOTA CITIZENS CONCERNED FOR LIFE, INC., DAVID RACER, and THE COMMITTEE FOR STATE PRO-LIFE CANDIDATES** <br><br> *Plaintiffs,* | |
| *v.* | **Docket No.** 02-3819 (RHK/AJB) |
| **DOUGLAS A. KELLEY, CLYDE MILLER, WIL FLUEGEL, SIDNEY PAULY, TERRI ASHMORE and ROBERT MILBERT** in their capacities as Chair and members of the Campaign Finance and Disclosure Board; and **AMY KLOBUCHAR** in her official capacity as County Attorney for Hennepin County, Minnesota and as a representative of the class of County Attorneys in the State of Minnesota <br><br> *Defendants.* | **AMENDED Motion to Set Briefing Schedule** |

Plaintiffs, by counsel, respectfully request that the court set a briefing schedule for the issue of attorneys' fees and expenses. In support of said motion, Plaintiffs state as follows:

1. On November 25, 2003, Plaintiffs filed their notice of intent to claim an award of attorneys' fees and expenses pursuant to Local Rule 54.3(b)(2).

2. On December 10, 2003, Defendants filed their response.

3. On December 24, 2003, this Court issued an order that stayed "the submission and consideration of Plaintiffs' claim for attorneys' fees . . . pending the conclusion of proceedings before the United States Court of Appeals for the Eighth Circuit" and directed the parties to

"contact the Court to establish a briefing schedule" at the conclusion of those proceedings.

4.   On January 9, 2005, the Eighth Circuit's mandate and judgment were docketed in this Court.

Accordingly, the proceedings before the Eighth Circuit are concluded and it is appropriate for

this Court to enter a briefing schedule.

5.   Plaintiffs would suggest the following schedule:

Plaintiffs Motion and supporting documents: 30 days after the date of the Court's scheduling
                                            order
Defendants Response                         30 days after Plaintiffs motion filed
Plaintiffs Reply                            14 days after Defendants response filed

WHEREFORE, Plaintiffs respectfully request the Court to set a briefing schedule for the issue

of attorneys' fees and expenses.

Dated: January 27, 2006.                    Respectfully submitted,


                                            /s_____
                                            Scott M. Lucas, MN Att'y No.
                                            Thomas B. Olson & Associates, P.A.
                                            7401 Metro Boulevard, Suite 575
                                            Minneapolis, MN 55439
                                            Telephone (952) 224-3644, ext. 3
                                            Facsimile (952) 224-5878

                                            James Bopp, Jr. IN Att'y No. 2838-4
                                            Jeffrey P. Gallant VA Att'y No.46876
                                            JAMES MADISON CENTER FOR FREE SPEECH
                                            BOPP, COLESON & BOSTROM
                                            1 South Sixth Street
                                            Terre Haute, IN 47807-3510
                                            Telephone (812) 232-2434
                                            Facsimile (812) 235-3685
                                            *Lead Counsel for Plaintiffs*
                                            ATTORNEYS FOR PLAINTIFFS

2

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2006, a copy of this motion was served, via U.S.P.S. First class mail, postage pre-paid on the following persons at the following addresses:

Kristine L. Eiden
Jennifer A. Service
Office of the Attorney General of Minnesota
1100 NCL Tower
445 Minnesota Street
St. Paul, MN 55101-2128

/s _____

Scott M. Lucas